FIRST NATIONAL BANK OF SYRACUSE, Respondent, *v.* THE CITY OF SYRACUSE et al., Appellants.

*First Nat. Bank of Syracuse* v. *City of Syracuse,* 122 App. Div. 172, affirmed.

(Argued March 23, 1909; decided June 1, 1909.)

APPEAL by the City of Syracuse from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 22, 1907, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to recover money alleged to be due to plaintiff's assignor upon a contract for public work and assigned to the plaintiff as security for the payment of a certain promissory note. Appeal by Thomas F. Moore from so much of said judgment as affirms a dismissal of his claim against the city of Syracuse for extra work, and directs the assignment by the plaintiff to the city of Syracuse of the promissory note in question upon payment by the city of the amount due thereon.

*Walter W. Magee, Corporation Counsel,* for City of Syracuse, appellant.

*Louis L. Waters* for Thomas F. Moore, appellant.

*Will B. Crowley* and *Ceylon H. Lewis* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, and WERNER, JJ. Dissenting : CULLEN, Ch. J. Not voting : HISCOCK, J.